NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORT PROPERTIES, INC.,**
*Plaintiff-Appellee,*

v.

**AMERICAN MASTER LEASE LLC,**
*Defendant-Appellant.*

---

2009-1242

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-365, Judge Andrew J. Guilford.

---

## ON MOTION

---

## ORDER

The appellant moves for a 45-day extension of time, until April 4, 2011, to file its replacement opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

FEB 1 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Arianna Frankl, Esq.
     Anthony G. Graham, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 4 2011

JAN HORBALY
CLERK